UNITED STATES, Appellee

v

RONALD L. BOSTIC, Private, U. S. Army, Appellant

15 USCMA 409, 35 CMR 381

---

No. 18,291

May 28, 1965

---

*Colonel Joseph L. Chalk, Major George O. Taylor, Jr.,* and *Captain Robert T. Webster* were on the brief for Appellant, Accused.

*Colonel Edwin G. Schuck, Lieutenant Colonel Francis M. Cooper, Captain*

*Joseph H. Crosby,* and *First Lieutenant Frank J. Penna* were on the brief for Appellee, United States.

## Opinion of the Court

PER CURIAM:

Subsequent to this Court's order of February 5, 1965, denying accused's petition for grant of review of the decision of the board of review regarding his conviction by general court-martial, accused petitioned for reconsideration, citing United States v Gallagher, 15 USCMA 391, 35 CMR 363, which was then pending before the Court. Our decision in that case is dispositive.

The petition for reconsideration, accordingly, is denied.